# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

March 6, 2008

Charles R. Fulbruge III
Clerk

No. 07-51053
Summary Calendar

DAVID L HOWARD

                Plaintiff - Appellant

LA FERIA A HOWARD; LYNDA S HOWARD;
DAVID HOWARD, JR; TATSUO R HOWARD;
YOUKO M HOWARD; PRECIOUS T HOWARD;
PRINCESS M HOWARD

                Appellants

v.

MICHAEL J ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

                Defendant – Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:06-CV-790

Before REAVLEY, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The only legal question before this court, and the only question over which we have jurisdiction, is the legal correctness of the district court's judgment entered on August 1, 2007. That presents the question of whether substantial evidence supports the Commissioner's decision and computation of Mr. Howard's Social Security benefits. This court agrees with the district court and affirms that judgment.

AFFIRMED.